JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KPI ENTERTAINMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>EASTPOINT SPORTS LTD., LLC, a Delaware limited liability company; DOES 1-10, inclusive,<br><br>Defendants.<br><br>EASTPOINT SPORTS LTD., LLC, a Delaware limited liability company,<br><br>Counterclaimant,<br><br>v.<br><br>KPI ENTERTAINMENT, INC., a California corporation,<br><br>Counter-Defendant. | Case No. 2:19-CV-07860-AB-SK<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>The Honorable André Birotte Jr.<br>Courtroom 7B<br><br>Complaint Filed September 11, 2019 |

1

**[PROPOSED]** **ORDER**

The Court has reviewed the Stipulation to Dismiss this action with prejudice ("Stipulation," Dkt. No. 35) filed by Plaintiff and Counter-Defendant KPI Entertainment, Inc. and Defendant and Counter-Plaintiff EastPoint Sports Ltd., LLC's, and hereby **APPROVES** the Stipulation. Accordingly, all claims and counterclaims in this action are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: January 27, 2020 _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE